IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIGITALNET GOVERNMENT SOLUTIONS, LLC<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 02-142C<br>(Judge Block) |

NOTICE OF CHANGE OF COUNSEL'S ADDRESS

AND LAW FIRM AFFILIATION

Please take notice that effective September 8, 2003, the plaintiff's undersigned attorney of record, Harvey G. Sherzer, changed his law firm affiliation and address from Greenberg Traurig LLP, 1750 Tysons Boulevard, Suite 1200, McLean, VA 22102 to Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street, N.W., Washington, DC 20037-1526. Mr. Sherzer's new telephone number is (202) 775-4745, his facsimile number is (202) 887-0689 and his e-mail address is sherzerh@dsmo.com.

COUNSEL FOR PLAINTIFF DIGITALNET GOVERNMENT SOLUTIONS, LLC

/s/

Harvey G. Sherzer, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526
(202) 775-4745 (phone)
(202) 887-0689 (fax)

Dated: September 15, 2003

## CERTIFICATE OF SERVICE

I, undersigned, hereby certify under penalty of perjury that on this 15th day of September, 2003, caused to be placed in the United States mail (first class mail, postage prepaid) and sent by facsimile a copy the foregoing "NOTICE OF CHANGE OF COUNSEL'S ADDRESS AND LAW FIRM AFFILIATION" addressed as follows:

**Kenneth David Woodrow**
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 307-1011 (phone)
(202) 307-0972 (fax)

_______/s/_______________________________________
Harvey G. Sherzer, Esq.