**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DIGITALNET GOVERNMENT SOLUTIONS, LLC** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **02-142C** |
| | ) | **(Judge Block)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

JOINT STATUS REPORT

Plaintiff, DigitalNet Government Solutions, LLC ("DigitalNet"), and the defendant, the United States of America, hereby submit their joint status report pursuant to the Order of the Court dated August 13, 2003.

The parties are pleased to report that they have reached a preliminary agreement completely settling the case. The agreement will be finalized once all necessary approvals are received within the Department of Justice. An appropriate document then will be signed by the parties and an implementing proposed order submitted to the Court. Accordingly, the parties respectfully suggest that the Court order that a further joint status report be filed within thirty (30) days, on or before October 22, 2003, by which time the parties expect that they will be able to report whether, in fact, the case has been finally resolved.

This joint status report bears the electronic "signature" of plaintiff's counsel of record. Government counsel has authorized plaintiff's counsel to inform the court that the Government joins in this report.

WHEREFORE, plaintiff, DigitalNet Government Solutions, LLC, and the defendant, the

United States of America, respectfully submit their joint status report and request that the court order that a further report be filed within thirty (30) days, on or before October 22, 2003.

Respectfully submitted,

/s/ Harvey G. Sherzer

Harvey G. Sherzer, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526
(202) 775-4745 (phone)
(202) 887-0689 (fax)

Attorney of Record for Plaintiff,
DIGITALNET GOVERNMENT SOLUTIONS, LLC

Dated: September 22, 2003