**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIGITALNET GOVERNMENT SOLUTIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | 02-142C |
| | ) | (Judge Block) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**Joint Stipulation Of Dismissal Pursuant To RCFC 41**

Pursuant to RCFC 41(a)(1), the parties stipulate and agree to dismiss this action with prejudice and without costs, attorney fees, or expenses against any party.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Harvey G. Sherzer
HARVEY G. SHERZER, ESQ.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, D.C. 20037-1526
(202) 775-4745
(202) 887-0689

Attorney for Plaintiff

Dated: November 12, 2003

/s/ Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
United States Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, Room 8012
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-1011
(202) 307-0972

Attorneys for Defendant

Dated: November 12, 2003

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2003, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Harvey G. Sherzer